980 A.2d 34

Councilperson Darrell L. CLARKE and Councilperson
Donna Reed Miller, Appellants

v.

HOUSE OF REPRESENTATIVES of THE COMMONWEALTH
of Pennsylvania and Senate of the Commonwealth of
Pennsylvania, Appellees

National Rifle Association, Vincent K. Gay, Gordon
V. Gay, Jon Mirowitz, Eugene Walworth, John
Olexa and Charles H. Cox, Intervenors.

Supreme Court of Pennsylvania.

Aug. 31, 2009.

David J. Perlman, George Bochetto, Bochetto & Lentz, P.C., Philadelphia, for Councilperson Darrell L. Clarke and Councilperson Donna Reed Miller, appellants.

Jonathan F. Bloom, Thomas Walter Dymek, C. Clark Hodgson, Jr., Karl Stewart Myers, Stradley, Ronon, Stevens & Young, L.L.P., Philadelphia, for House of Representatives, appellee.

Anthony Richard Holtzman, John P, Krill, Linda J. Shorey, K&L Gates, L.L.P., Harrisburg, for Senate of Pennsylvania, appellee.

Richard Feder, City of Philadelphia Law Dept., Philadelphia, for City of Philadelphia, appellee amicus curiae.

Carter Scott Shields, Shields & Hoppe, L.L.P., Media, for Nat. Rifle Ass'n, Vincent and Gordon Gay, Mirowitz, Walworth, Olexa and Cox, Intervenors.

## *ORDER*

PER CURIAM.

**AND NOW**, this 31st day of August, 2009, the order of the Commonwealth Court is hereby **AFFIRMED**.

Jurisdiction relinquished.